IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00144-23 |
| | ) | Chief Judge Haynes |
| SERGIO CHAVEZ LOPEZ a/k/a | ) | |
| JULIO C. ARELLANO | ) | |

**ORDER**

Before the Court is the United States' motion to dismiss (Docket Entry No. 1049) the charges against the Defendant in this action, citing his plea agreement and sentence in Case No. 3:13-cr-00042. This motion is **GRANTED** and this action is **DISMISSED with prejudice**.

It is so **ORDERED**.

ENTERED this the 17th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge